IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**HELENA CHEMICAL COMPANY**                                             **PLAINTIFF**

**V.**                                                                      **CASE NO. 3:16-CV-250-JMV**

**MICHAEL YOUNG AND**
**YOUNG FARMS ROWCROP, LLC**                                     **DEFENDANTS**

## FINAL JUDGMENT

Consistent with the Agreed Order Granting Motion for Summary Judgment of Helena Chemical Company in Whole or in Part [57],

**IT IS HEREBY ORDERED AND ADJUDGED** that Helena Chemical Company is awarded a judgment against Defendants Michael Young and Young Farms Rowcrop, LLC, jointly and severally, in the amount of $240,063.32 and post-judgment interest at the applicable legal rate.

This 22nd day of January, 2018.

                                                                                   /s/ Jane M. Virden
                                                                                   UNITED STATES MAGISTRATE JUDGE